AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>PEDRO YOVANNY VILLANUEVA<br><br>Defendant(s) | )<br>)<br>)   Case No.  24-MJ-6563-VALLE<br>)<br>)<br>) |

FILED BY ___AR___ D.C.
Nov 21, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 30, 2023; February 10, 2023; March 4, 2024 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | Production of Child Pornography |
| Title 18, United States Code, Section 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

ERIC STOWERS, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FACETIME.

Date: November 21, 2024

_____
Judge's signature

City and state: Fort Lauderdale, Florida

ALICIA O. VALLE, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric Stowers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.  I am employed as a Special Agent with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). Prior to the creation of DHS on March 1, 2003, I was employed as a Special Agent of an agency that preceded DHS: the United States Customs Service ("USCS"). Prior to joining HSI and USCS, I was a Special Agent with the United States Treasury Department's Treasury Inspector General for Tax Administration ("TIGTA"). In my current capacity as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to, the enticement and attempted enticement of a minor to engage in sexual criminal activity, persons who travel with the intent to engage in illicit sexual conduct with minors, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 1470, 2422(b), 2422(b), 2251, 2252(a)(4)(B). I have conducted and/or assisted in child exploitation investigations and received training in how to conduct such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material and engage in the sexual abuse of children.

2.  This affidavit is being submitted in support of a criminal complaint which charges Pedro Yovanny Villanueva ("VILLANUEVA") with a violation of violations of Title 18, United

States Code Section, 2251(a) (production of child pornography), and 2252(a)(4)(B) (possession of child pornography).

3. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On or about August 2023, law enforcement began an investigation relating to National Center for Missing and Exploited Children ("NCMEC") Cybertip numbers 132975290 and 156468945 that were reported by WhatsApp and Google respectively. The information reported by WhatsApp was that a telephone number ending in 4606 was used to upload/share seven (7) video files of child pornography. VILLANUEVA uploaded four (4) video files of child pornography into his Google Drive for Gmail account Villanuevayovanny31@gmail.com. Google also reported the name listed on the account as "Pedro Yovanny Villanueva," along with other biographical data to include his date of birth of 03/1997, and telephone number ending in 4606. It was reported that the Comcast issued IP address 2601:582:c480:bee8:5c25:7293:a7d3:9ea2 was used to the upload the files. Law enforcement has reviewed the seven (7) files uploaded via WhatsApp and the four (4) files uploaded to the Google drive and confirmed that they are child pornography.

5. On and about August 11, 2023, law enforcement served a state issued subpoena to Comcast seeking information relating to the IP address that was used to upload the pornography files to the Google Drive account. Comcast responded to the subpoena and provided records that

2

show that at the date and time of the uploads, the IP address was issued to "Pedro Villanueva" with an address in Hallandale Beach, Florida.

6. On and about August 11, 2023, law enforcement also served state issued subpoenas to T-Mobile and Mint Mobile[1] seeking records relating to telephone number ending in 4606. T-Mobile deferred to Mint Mobile who responded to the subpoena and provided records that show the subscriber of telephone number ending in 4606 is "Pedro Villanueva," with the same Hallandale Beach address.

7. On and about August 25, 2023, law enforcement served a state issued search warrant to Google for the account data associated with email account Villanuevayovanny31@gmail.com. Law enforcement reviewed the data provided by Google and located a photo of VILLANUEVA and the four (4) uploaded videos of child pornography that were reported in the Cybertip involving Google. A recovery email for the account was listed as "themcyovanny31@gmail.com."

8. On and about September 5, 2023, law enforcement served a state issued search warrant to Google for the data relating to the recovery email themcyovanny31@gmail.com. Law enforcement reviewed the search warrant return information and located multiple pictures of VILLANUEVA including one of him standing by his registered vehicle outside of what was later identified as his residence located in Hallandale Beach, Florida within the Southern District of Florida.

9. On and about March 4, 2024, a state residential search warrant was obtained and executed at VILLANUEVA's residence. VILLANUEVA's residence is an office converted into a

---

[1] Mint mobile is a prepaid mobile carrier that offers affordable plans for talk, text, and data using the T-Mobile network.

3

one-bedroom efficiency. VILLANUEVA was the sole occupant at the time of the search warrant. Based on law enforcement surveillance, it is believed he resides there alone. Pursuant to the search warrant, ten (10) electronic media and storage devices were seized from inside VILLANUEVA's residence.

10. Law enforcement conducted forensic examinations of VILLANUEVA's electronic media and storage devices that were seized pursuant to the search warrant. A review of the devices revealed that VILLANUEVA used several live video chat applications to communicate with others. The applications, in summary, offers paid features, such as live video calls, which charge users an in-app currency, or "coins" for payment of per minute chat usage. Users can purchase this currency/coins with U.S. or other currency. The in-app coins can also be used to buy gifts for other users, who can then exchange these gifts for coins or real currency in their location.

11. VILLANUEVA used his iPhone 14 Pro Max to video record such videos chats, including to communicate with a woman identified as "Tachi" and a minor female ("MF1"). MF1 is approximately 8-10 years old and is believed to be Tachi's daughter. In these conversations with Tachi, VILLANUEVA requested, instructed, and directed Tachi to commit acts of sexual abuse against the child and recorded the abuse. VILLANUEVA used one of these applications to communicate with Tachi and send her "coins" and gifts as payment for chatting and for the acts of sexual abuse that he asked Tachi to commit against MF1.

12. A video titled "img_8603.mov" was discovered in VILLANUEVA's iPhone 14 Pro Max. This video is 7 minutes and 39 seconds in duration and was recorded in VILLANUEVA's bathroom. Law enforcement recognized the bathroom from seeing the bathroom when executing the above-mentioned residential search warrant. Per the corresponding metadata for this file, the video was created on January 30, 2023, at 18:14 hours.

13. In this video, VILLANUEVA used his Alcatel TCL A509DL device to communicate on video chat with Tachi in an unknown video chat application. There was a message indicating that a video call would cost VILLANUEVA 120 coins per minute. While speaking with Tachi on his Alcatel device, VILLANUEVA was simultaneously recording the video chat with his iPhone 14 Pro Max. In the video, VILLANUEVA can be seen masturbating as Tachi and MF1 are present.

14. In chat messages visible before the video starts, VILLANUEVA texted Tachi and asked, "can you accept the box of chocolate?" to which Tachi replied, "yes." VILLANUEVA then asked if she could "put her on for a little bit," referring to MF1. At the 1 minute 4 second mark of the video, MF1 can be seen sitting next to Tachi. MF1 looked at the camera to watch VILLANUEVA as he masturbated.

15. At the 1 minute 13 second mark of the video, VILLANUEVA sent a box of chocolate to Tachi. Once in her possession, Tachi could then convert the box of chocolate to coins or real currency in her location. At the 2 minute and 46 second mark of the video, Tachi asked VILLANUEVA if he wanted to see her butt (referring to the MF1). VILLANUEVA says, yes. At the 3-minute mark of the video, the camera turned to MF1. MF1 then pulled down her shorts and lifted her shirt. The child's white underwear is seen, and the camera's focus is on her buttocks. VILLANUEVA asked MF1 for a kiss. At the 3 minute 16 second mark of the video, after instruction from Tachi, MF1 blew a kiss to VILLANUEVA. MF1 continued to watch as VILLANUEVA masturbated. At the 3 minute and 56 second mark of the video, Tachi instructed the child to stick out her tongue; Tachi demonstrated this, and the camera switched to MF1, who stuck her tongue out as VILLANUEVA continued to masturbate. At the 4 minute 21 second mark of the video, VILLANUEVA typed, in Spanish, "tell her to look." Tachi focused the camera on

5

MF1 so VILLANUEVA could see MF1 and MF1 could watch VILLANUEVA masturbate. Tachi then typed in Spanish, "we're watching." At the 5 minute 26 second mark of the video, Tachi and MF1 are on camera, but the child looks away. VILLANUEVA appeared to ejaculate, and Tachi turned the camera and focused on MF1, who blew VILLANUEVA a kiss at the 5 minute and 35 second mark of the video, and VILLANUEVA blew a kiss back. MF1 blew a kiss to VILLANUEVA again, and he blew a kiss back and then typed, "the best of the best."

16.  Also found in his iPhone 14 Pro Max, was a video titled "img_8948.mov" that is 8 minutes and 4 seconds in duration. This video was also recorded by VILLANUEVA using his iPhone 14 Pro Max. The video depicts, in summary, VILLANUEVA providing instructions to Tachi to sexually abuse MF1 while he masturbated. The corresponding metadata for this file shows that the video was created on February 10, 2023, at 15:14 hours. The chat seen in the beginning of the video confirmed the date and time. The video is a recording of a video call between VILLANUEVA and Tachi and based on the angle of the recording phone, it appears Tachi may be unaware that she is being recorded. VILLANUEVA's face is visible in the video, and he appears inside his residence which law enforcement recognized from seeing the inside of the apartment when executing the above-mentioned residential search warrant.

17.  At the 4-minute mark of the video, the following text message in Spanish is seen coming from VILLANUEVA to Tachi that reads in Spanish, "ask her if she can show me her vagina." Tachi said in Spanish, "let's see, yes." MF1's pink shorts can be seen on the video. VILLANUEVA said in Spanish, "que rico", translated to English means "how delightful." At the 4 minute and 50 second mark of the video, Tachi said in Spanish, "show him." At the 4 minute 53 second mark of the video, VILLANUEVA said, in Spanish, "like that," and at the 4 minute and 54 second mark of the video, MF1's vagina is seen with her pink underwear pulled to the side.

6

18. Immediately after, VILLANUEVA said in Spanish "it looks so good." At the 4 minute and 55 second mark of the video, MF1 pulled up her underwear and went off camera. At the 4 minute and 58 second mark of the video, VILLANUEVA instructed, Tachi to have MF1 give him a kiss. At the 5 minute and 2 second mark of the video, MF1 is seen blowing a kiss to VILLANUEVA. After the kiss, VILLANUEVA said in Spanish, "how beautiful what a beautiful little girl."

19. Found in another one of VILLANUEVA's devices, an iPhone XR, four (4) videos identified by law enforcement as child pornography, including a video with the file name "telegram-cloud-document-l-4902391214864597714_ partial.mp4." The metadata creation date on all the videos was August 20, 2022. This video is 15 seconds in duration and depicts a female child approximately 7 to 8 years of age, wearing a red top and nude from the waist down with her legs open. The video begins showing the child's face, and then her stomach and then the camera focuses on the child's vagina as she tries to insert an erect adult penis into her vagina. She also rubs the penis on the outside of her vagina.

20. Also found in VILLANUEVA's iPhone XR was a video with the file name "telegram-cloud-document-l-4902391214864597713.mp4." This video is 7 seconds in duration and depicts a female child that is approximately 7-8 years in age, seated on the floor completely nude with her legs spread open. A small dog is seen licking the girl's vaginal area.

21. In May 2024, state law enforcement was granted an arrest warrant charging VILLANUEVA with numerous counts relating to the production and possession of child pornography. On May 4, 2024, VILLANUEVA was arrested and requested to speak with law enforcement about this case. VILLANUEVA was advised of his *Miranda* rights, which he waived.

22. VILLANUEVA stated the following in sum and substance: he denied uploading child pornography into Google drive; however, when presented with the facts of the case, he provided conflicting information. VILLANUEVA stated, among other things, that he was not crazy, has never been with a minor and he has not talked to a minor or to a parent while a minor is present, then he added it had been a long time since that happened, so he did not remember.

23. Law enforcement offered VILLANUEVA the opportunity to review one of his video recordings of Tachi and MF1. VILLANUEVA refused. VILLANUEVA stated that in February 2023, he was in a bad place in his life and the only way out was through his phone and going on-line to have webcam chats. He said he never tried anything in real life that he has done online.

24. VILLANUEVA was asked about the chat applications that he used to make payments to Tachi and stated that he used many of chat applications and could not remember the names of them. VILLANUEVA admitted he sent Tachi a box of chocolates that cost $10.00 U.S. dollars each (approximately 240 Venezuelan Bolivar Soberano). He said that the truth is, he feels bad for all that, and it made him feel like trash. He added he did not know any of this was wrong until law enforcement executed the residential search warrant. He stated he would ask for forgiveness for what he did. Law enforcement provided VILLANUEVA with a piece of paper and he wrote, "I ask forgiveness for all the errors I made I hope God lights the way for us."

## CONCLUSION

25. Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Pedro Yovanny Villanueva with violations of Title 18, United States Code, Sections, 2251(a) (production of child pornography), and 2252(a)(4)(B) (possession of child pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

ERIC STOWERS, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me in
Accordance with Fed.R.Crim.P.4.1 by
Facetime this 21st day of November, 2024.

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE